UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
Civil Case No. 1:21-cv-00011-TDS-LPA

| | |
|---|---|
| RHONDA HAMPTON, on behalf of herself and all others similarly situated,<br>    Plaintiff,<br><br>vs.<br><br>MONARCH RECOVERY MANAGEMENT, INC.<br>    Defendant. | **NOTICE OF SETTLEMENT** |

  Plaintiff Rhonda Hampton notifies this Court that the parties have reached a resolution in principle as to all individual claims alleged by Plaintiff in this matter.

  Upon the consummation of the agreement, the parties will file a stipulation of dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class members' claims. Due to the time necessary for performance, Plaintiff anticipates filing the stipulation by early-November, and requests that all deadlines and dates be stayed or canceled and that this Court to take no action on this matter.

September 20, 2021

    /s/ Craig M. Shapiro
    Craig M. Shapiro (State Bar # 48887)
    Koury L. Hicks (State Bar # 36204)
    Law Offices of John T. Orcutt, P.C.
    1738 Hillandale Rd, Suite D
    Durham, North Carolina 27705
    (919) 286-1695
    cshapiro@johnorcutt.com
    khicks@johnorcutt.com

    ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Craig Shapiro, certify that on September 20, 2021, the foregoing document was filed electronically in accordance with the local rules and was therefore served electronically on those entities that have properly registered for such electronic service as follows:

> Steven Andrew Bader
> sbader@cshlaw.com
>
> Ronald M. Metcho
> rmetcho@margolisedelstein.com
>
> *Counsel for Defendant*

September 20, 2021                     /s/ Craig Shapiro
                                                            Craig Shapiro